# United States District Court
## Eastern District of Washington

Tiffany M. Reynolds

_____

-against-

Skylar M. Jones

_____

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**MAR 1 8 2019**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Case No.** 2:19-CV-00084-SAB

(To be filled out by Clerk's Office only)

# COMPLAINT FOR INJUNCTION DECLARATORY RELIEF

Jury Demand?

**X** Yes

☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

---

I.     **PARTIES IN THIS COMPLAINT**

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:     Reynolds M. & Tiffany
               Name (Last, First, MI)

               4504 Carlton Ave
               Street Address

               Clayton          WA      99110
               County, City          State          Zip Code

               (509) 821-2186    Sunny.Oden.Keyce@gmail
               Telephone Number      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     Jones, M. Skylar
                 Name (Last, First)

                 17408 E. Walters
                 Street Address

                 Elk                  WA
                 County, City          State          Zip Code

II.     **BASIS FOR JURISDICTION**

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

**X   Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Spokane Tribal Court's Personal and Subject Matter Jurisdiction

Defendant's Right to Due Process in State Court

Whether the Defendant's Final Parenting Plan is done in bad faith for the purposes of

harassment of the Plaintiff.

### III.   VENUE

*This court can hear cases arising out of* Click here to enter text.

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants  live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

28 USC 1331 (1982) The federal government has jurisdiction over an appeal from a "bad faith" Final Parenting Plan issued to Skylar Jones by Spokane Indian Tribal Court.

28 USC 1391(a) both parties are residents of this judicial district and the Spokane Indian Tribal Court is located within this judicial district.

Defendant, Skylar Jones, is an enrolled member of a federally recognized Indian tribe.

### IV.   STATEMENT OF CLAIM

Place(s) of occurrence:       Spokane Tribal Courthouse, BLDG 268 Agency Square, Wellpinit, Washington, 99040

Date(s) of occurrence:     01/23/19

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:** 10-26-16

On ~~10-26-16~~, I agreed to cooperate with Skylar Jones when he filed a Motion for

DNA Testing of my daughter to determine parentage, but Skylar failed to appear at the

appointed place and time for the DNA test.

On 10-26-16, I motioned the Spokane Tribal Court for change of venue because it

was a hardship for me to drive to Wellpinit from Clayton, Washington where I live when I

was also going to school daily in Spokane, Washington. I never went back to tribal court.

On 12-1-16, the Spokane Tribal Court denied my motion without notice to me.

On 7-25-18, the Spokane Tribal Court sent Stevens County Prosecutor's Office

a waiver of jurisdiction and asked Stevens County to establish parentage for Skylar Jones

because my daughter and I live in Stevens County.

On 11-19-18, Skylar Jones filed an "Emergency Petition for Parenting Plan" in

Spokane Tribal Court claiming that my daughter was no longer living with me due to a CPS

|  |  |
|---|---|
| **What happened to you?** | Placement when, in fact, my daughter was living with me and there was no open CPS case. |
|  | The Spokane Tribal Court issued an "Emergency Temporary Custody" order giving custody of |
|  | my daughter to Skylar Jones. I was never served with a copy of the order. |

On _____, Skylar Jones filed for a Writ of Habeas Corpus to come and take

my daughter from me by force. The Spokane Tribal Court granted Skylar Jones request and

Issued a Warrant for Habeas Corpus for "law enforcement" to come to my home and take my

daughter by force. I was not served notice of Skylar Jones' Petition and/or Writ.

11-29-18 On ~~10-26-18~~, Skylar Jones and I appeared in Stevens County Superior Court

In Colville, Washington to finalize the DNA case. The State of Washington determined that

Skylar Jones was my daughter's biological father. Skylar Jones produced his Warrant for Writ

of Habeas Corpus and asked the Stevens County Superior Court Judge to endorse the Tribal

Court's Writ, but the Judge refused because; a) I was not served with the Writ and I was not

given an opportunity to appear and argue on my own behalf, and; b) my daughter has to bond

and/or relationship with her biological father and it would not be in her best interest to be

abruptly taken by a father she has never known.

On _____, my mother was served at her work by Skylar Jones' girlfriend with a notice for me to appear in tribal court on January 7, 2019.

On ___12-26-18___, I filed notice to Spokane Tribal Court that I refused the Jurisdiction of their court.

On ___1-8-19___, the Spokane Tribal Court issued a Final Parenting Plan with Findings and Conclusions to Skylar Jones without my knowledge and without my consent to the tribal court's jurisdiction.

On ___1-27-19___, Skylar Jones went to my ex-husband's home where my daughter was visiting and took my daughter home with him and I have never seen her since.

On ___1-28-19___, I filed a Petition for a Parenting Plan and Motion for Immediate Restraining Order with Stevens County Superior Court and was denied for lack of Jurisdiction.

On ___1-29-19___, Skylar Jones filed a Petition for an Ex Parte Restraining Order in Spokane Superior Court. The Superior Court took Temporary Emergency Jurisdiction because Skylar Jones lives in Elk, Washington in Spokane County and he had possession of my daughter and the Superior Court barred me from access to my daughter.

On ___2-5-19___, I filed a Motion to Terminate Skylar Jones' Temporary Restraining Order.

On ___2-7-19___, a UCCJEA hearing was held in Stevens County Superior Court and the Spokane Tribal Court retained jurisdiction. My petition was dismissed.

On ___2-11-19___, the Spokane County Superior Court denied Skylar Jones' Petition for Permanent Restraining Order due to lack of evidence.

On ___3-13-19___, I filed a Motion for Temporary Family Law Order in Spokane County Superior Court to modify the Spokane Tribal Court's Parenting Plan because it deprives m me of visitation with my daughter and the allegations that it was founded on are provably false.

To date I have not seen my daughter for 46 days.

Skylar Jones and his family are drug addicts and/or alcoholics and they are violent. Skylar Jones aided and abetted his brother, Jason Flett, in the murder of Jason's ex-girlfriend and Skylar

was granted immunity from prosecution, so he would testify against his brother. It is common

knowledge around the community that Jason Flett has put a hit out on Sklar Jones, therefore

my daughter is not safe living with him. There are other adults living with Skylar Jones that

haven't done background checks. My daughter has no idea who any of the people are and has

no bond with any of them. Skylar Jones has a history of Domestic Violence convictions.

My daughter is only 2 ½ years old. Skylar Jones conspired with my ex-husband to harass me by

taking my daughter away from her home and her mother.

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

On _____3-9-19_____, my sister visited with my daughter and my daughter has

red marks on her left wrist and bruising on her left palm and was crying for her "mommy."

On _____2-25-19_____, my sister went to my twins birthday party at my ex-husband's
house and Skylar Jones brought my daughter. My daughter was very unhappy and crying for
her

"mommy" and told my sister that she wanted to got home to see her "mama" (maternal
grand-

mother) and "Dayzee" (her dog).

My daughter is suffering irreparable mental, emotional, spiritual and psychological harm from

being abducted by strangers and denied access to her home, her mother, her familiar

surroundings and the only family and community she has ever known.

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $ _____

X    Other (explain):

1) Plaintiff, Tiffany Reynolds, seeks a preliminary and permanent injunction against

Skylar Jones' Final Parenting Plan issued by Spokane Tribal Court in Wellpinit,

Washington.

2) Plaintiff, Tiffany Reynolds, seeks an Order for her daughter to be returned to her

Immediately without custodial interference from Skylar Jones, or an other party.

3) Plaintiff, Tiffany Reynolds, seeks Federal Notice that proper jurisdiction for this

matter rests in State Court in the county wherein the Plaintiff resides with her

Daughter and any relief as this Court may deem just and proper.

VII.

## CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

The Spokane Tribal Court lacks jurisdiction over the Plaintiff and her daughter because neither of them live on the Spokane Indian Reservation and neither of them are Indian by legal definition.  Skylar Jones is ¼ blood quantum enrolled member of Spokane Indian Tribe. My daughter does not qualify to be enrolled in the Spokane Indian Tribe because she is only 1/8 th.  My daughter does not fit the legal definition as an "Indian Child," therefore; the Spokane Tribal Court in Wellpinit does not have jurisdiction over my daughter.

The Spokane Indian Tribal Court may not assert subject matter jurisdiction under the theory that custody of my daughter has some direct effect on the political integrity, the economic security, or the health or welfare of the tribe.

Exhaustion through an appeal to the Spokane Indian Tribal Court is not required where tribal jurisdiction is motivated by prejudice and a desire of the Defendant to harass the Plaintiff, the absence of tribal court jurisdiction is clear, or further exhaustion would be futile.

The Spokane Indian Tribal Court does not have jurisdiction over matters occurring outside their reservation.  Tribal jurisdiction over non-Indians is limited to actions occurring on the reservation.  The parties' relationship was short lived and occurred entirely outside Spokane Indian tribal land. Therefore, it is clear that the Spokane Indian Tribal Court does not have personal and/or subject matter jurisdiction in this matter. As such, exhaustion of tribal court remedies is not required.

Without jurisdiction, the Spokane Indian Tribal Court had no authority to determine either an emergency ex parte Temporary Custody, Writ of Habeas Corpus or Final Parenting Plan at all. The purpose of a determination of jurisdiction is to confirm that the court has the power to hear a case and that the objecting party is subject to the jurisdiction of that court.  Whereas, the mother and daughter in this case are both non-Indian, the child does not qualify for enrollment in the tribe and neither of the parties reside on the reservation, the Spokane Tribal

Court patently has no personal or subject matter jurisdiction over the custody of the child, S.Reynolds. Therefore, any further exhaustion would be futile.

The Plaintiff, Tiffany Reynolds, and her daughter, S.███████, are under the threat of irreparable harm if forced to appeal Skylar Jones' Final Parenting Plan in a court system without jurisdiction, the weight of which is greater than any injury on any other interested party, and Tiffany Reynolds is likely to succeed on her contention that the Spokane Tribal Court did not have jurisdiction to issue a Final Parenting Plan for the child, especially one that excludes the Plaintiff from visitation with her daughter.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3-18-19
_____
Dated

_____
Plaintiff's Signature

Reynolds M. Tiffany
_____
Printed Name (Last, First, MI)

4504     Carlton Ave     Clayton WA 99110
_____
Address         City        State     Zip Code

(509)821-2142     Sunny.Oden.Kayce@gmail.
_____
Telephone Number        E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*