FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIFFANY M. REYNOLDS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SKYLAR M. JONES,<br><br>　　Defendant. | No. 2:19-cv-00084-SAB<br><br><br><br><br><br>**ORDER CLOSING FILE** |

　　In a previous Order, the Court stayed this case for 60 days to permit Plaintiff to exhaust her administrative remedies by filing an appeal with the Spokane Tribal Court of Appeals. ECF No. 7. She was directed to update the Court prior to the expiration of the 60 days. No status update has been filed. Plaintiff was also instructed that if no status update is received the Court would dismiss Plaintiff's complaint.

//
//
//
//
//
//
//
//

**ORDER CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Complaint is **dismissed,** without prejudice, for failing to update the Court regarding the exhaustion of her administrative remedies.

**IT IS HEREBY ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff and **close** the file.

**DATED** this 17th day of July 2019.



Stanley A. Bastian
United States District Judge

**ORDER CLOSING FILE ~ 2**